**Local Form 4A**                                                                                                  **December 2017**

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF NORTH CAROLINA

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **18-30452** |
| **Charles Otis Cox** | ) | |
| **Bonnie Jean Cox** | ) | |
| | ) | |
| TIN: | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

## AMENDMENT TO CHAPTER 13 PLAN
## AND NOTICE OF OPPORTUNITY FOR HEARING ON CONFIRMATION OF THE PLAN
## FOR CASES FILED ON OR AFTER DECEMBER 1, 2017

Check if applicable to this plan amendment:

| 1.1 | A limit on the amount of a secured claim that may result in a partial payment or no payment at all to the secured creditor (Part 3.2) | ☐ Included | ☑ Not Included |
|---|---|---|---|
| 1.2 | Avoidance of a judicial lien or nonpossessory, nonpurchase-money security interest (Part 3.4) | ☐ Included | ☑ Not Included |
| 1.3 | Request for termination of the 11 U.S.C. § 362 stay as to surrendered collateral (Part 3.5) | ☐ Included | ☑ Not Included |
| 1.4 | Request for assumption of executory contracts and/or unexpired leases (Part 6) | ☐ Included | ☑ Not Included |
| 1.5 | Nonstandard provisions | ☑ *Included* | ☐ Not Included |

The Chapter 13 Plan, including certain motions and other provisions, is hereby **amended** as follows:

**To indicate that 1.5 - Nonstandard Provisions are INCLUDED and to update the estimated amount of arrears owed.**

3.1     **Maintenance of payments and cure of default, if any.** *Conduit mortgage payments, if any, are included here*.

*Check one*.

☐ **None.** *If "None" is checked, the rest of Part 3.1 need not be completed or reproduced*.

☑ The Debtor will maintain the current contractual installment payments on the secured claims listed below, with any changes required by the applicable contract and noticed in conformity with any applicable rules. These payments will be disbursed by the Chapter 13 Trustee, directly by the Debtor, or as otherwise specified below. Any existing arrearage on a listed claim will be paid in full through disbursements by the Chapter 13 Trustee, with interest, if any, at the rate stated. If relief from the automatic stay is ordered as to any item of collateral listed in this paragraph, then, unless otherwise ordered by the Court, all payments under this paragraph as to that collateral will cease, and all secured claims based on that collateral will no longer be treated by the Plan.

| Name of creditor | Collateral | Value of Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) |
|---|---|---|---|---|---|
| Ditech | 117 West Street Marshville, NC 28103  Union County | $141,900.00 | $734.25 | *$9,202.79* | 0.00% |
| | | | Disbursed by: ☑ Trustee ☐ Debtor(s) ☐ Other _____ | | |

1

| Name of creditor | Collateral | Value of Collateral | Current installment payment (including escrow) | Amount of arrearage (if any) | Interest rate on arrearage (if applicable) |
|---|---|---|---|---|---|
| Mr Cooper/Nationstar | 117 West Street Marshville, NC 28103 Union County | $141,900.00 | $79.45 Disbursed by: ☑ Trustee ☐ Debtor(s) ☐ Other _____ | $238.00 | 0.00% |

*Please explain any disbursements to be made by someone other than the Chapter 13 Trustee or the Debtor:* _____

*Insert additional claims as needed.*

TAKE NOTICE: Your rights may be affected. You should read this amendment to the Chapter 13 Plan carefully, including any motions contained in the amended plan, and discuss them with your attorney, if you have one, in this bankruptcy case. If you do not have an attorney, you may wish to consult one.

If you do not want the Court to confirm the Debtor's proposed Plan as amended, or if you want the Court to consider your views on these matters, then you and/or your attorney must file a written objection to confirmation and request for hearing on confirmation at one of the following addresses:

**Cases filed in the Charlotte or Shelby Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Statesville Division:**
Physical Address: Clerk, U.S. Bankruptcy Court, 200 West Broad Street, Room 301, Statesville, N.C. 28677
Mailing Address: Clerk, U.S. Bankruptcy Court, 401 West Trade Street, Room 111, Charlotte, N.C. 28202

**Cases filed in the Asheville or Bryson City Divisions:**
Physical & Mailing Address: Clerk, U.S. Bankruptcy Court, 100 Otis Street, Room 112, Asheville, N.C. 28801-2611

Your objection to confirmation and request for hearing must include the specific reasons for your objection and must be filed with the Court no later than 21 days following the conclusion of the § 341 meeting of creditors, or within 21 days of service of the amendment, whichever is later. If you mail your objection to confirmation to the Court for filing, you must mail it early enough so that the Court will receive it on or before the deadline stated above. You must also serve a copy of your objection to confirmation on the Debtor at the address listed in the notice of the meeting of creditors. The Debtor's attorney and the Chapter 13 Trustee will be served electronically. If any objections to confirmation are filed with the Court, the objecting party will provide written notice of the date, time, and location of the hearing. **No hearing will be held unless an objection to confirmation is filed**.

If you or your attorney do not take these steps, the Court may decide that you do not oppose the proposed plan of the Debtor as amended and may enter an order confirming the amended plan and granting the motions. **Any creditor's failure to object to confirmation of the proposed plan as amended shall constitute the creditor's acceptance of the treatment of its claim as proposed pursuant to 11 U.S.C. § 1325(a)(5)(A)**.

I declare under penalty of perjury that the information provided in the Amendment to Chapter 13 Plan is true and correct as to all matters set forth herein.

| | |
|---|---|
| Dated: **April 20, 2018** | **/s/ Charles Otis Cox** |
| | **Charles Otis Cox** |
| | Debtor's Signature |
| | |
| Dated: **April 20, 2018** | **/s/ Bonnie Jean Cox** |
| | **Bonnie Jean Cox** |
| | Debtor's Signature |

I hereby certify that I have reviewed this document with the Debtor and that the Debtor has received a copy of this document.

| | |
|---|---|
| Dated: **April 20, 2018** | **/s/ Brien Rose Hub** |
| | **Brien Rose Hub 36209** |
| | Attorney for Debtor |

**UNITED STATES BANKRUPTCY COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**

| | | |
|---|---|---|
| In re: | ) | |
| | ) | Case No. **18-30452** |
| **Charles Otis Cox** | ) | |
| **Bonnie Jean Cox** | ) | |
| | ) | |
| TIN: | ) | Chapter 13 |
| | ) | |
| Debtor(s). | ) | |

**CERTIFICATE OF SERVICE**

This is to certify that I have this day served each party or counsel of record indicated on the list attached hereto in the foregoing matter with a copy of this Amended Chapter 13 Plan by depositing in the United States mail a copy of same in a properly addressed envelope with first class postage thereon.  Attorneys were served electronically.

**Carolina Telco Credit Union**
**P.O. Box 668467**
**Charlotte, NC 28266-8467**
**Civil Processing Clerk**
**United States Attorney**
**401 West Trade Street**
**Charlotte, NC 28202**
**Discover Bank**
**P.O. Box 15316**
**Wilmington, DE 19850-5316**
**Ditech**
**P.O. Box 6172**
**Rapid City, SD 57709**
**Fingerhut**
**6250 Ridgewood Road**
**Saint Cloud, MN 56303**
**First Premier**
**3820 N. Louse Avenue**
**Sioux Falls, SD 57107**
**Internal Revenue Service**
**Centralized Insolvency Operations**
**P.O. Box 7346**
**Philadelphia, PA 19101-7346**
**Mr Cooper/Nationstar**
**8950 Cypress Waters Blvd.**
**Coppell, TX 75019**
**NC Department of Commerce**
**Division of Employment Security**
**P.O. Box 26504**
**Raleigh, NC 27611**
**NC Department of Revenue**
**P.O. Box 25000**
**Raleigh, NC 27640**
**Novant Health**
**P.O. Box 71049**
**Charlotte, NC 28272**
**One Main Financial**
**6801 NW Second Street**
**C/S Care Dept.**
**Evansville, IN 47708-1013**
**SYNCB/BELK**
**PO Box 965028**
**Orlando, FL 32896**

**The Hutchens Law Firm**
**P.O. Box 1028**
**Fayetteville, NC 28302**

**U.S. Attorney's Office- WDNC**
**227 West Trade Street**
**Suite 1650**
**Charlotte, NC 28202**

**Union County Tax Collector**
**500 N. Main Street**
**Monroe, NC 28112**

**United States Attorney General**
**950 Pennsylvania Ave.**
**Washington, DC 20530**

This  **April 20, 2018**

/s/ **Brien Rose Hub**
**Brien Rose Hub 36209**
**785 Davidson Drive NW**
**Concord, NC 28025**
**36209 NC**

Software Copyright (c) 1996-2018 Best Case, LLC. - www.bestcase.com                                                                                                                    Best Case Bankruptcy